**EXHIBIT B**

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURTS OF JUSTICE**
**COURT OF FIRST INSTANCE**
**San Juan JUDICIAL CENTER**
**San Juan SUPERIOR PART**

| LUIS A. LASTRA CALDERÓN AND OTHERS | CASE NO. SJ2022CV09136 (ROOM 908) |
|---|---|
| VS | |
| PRIMEFLIGHT AVIATION SERVICES INC. AND OTHERS | RE: DAMAGES AND OTHER |

# NOTICE

TO: FRONTIER AIRLINES, INC.
A-4 REPARTO MENDOZA, HUMACAO, PUERTO RICO, 00791-9999

FRONTIER AIRLINES, INC.
INTERNATIONAL AIRPORT, LUIS MUÑOZ MARIN, PO BOX 37250, SAN JUAN, PUERTORICO, 00937-0250

JESSICA A FIGUEROA ARCE
JFIGUEROA@ARROYORIOSLAW.COM

JOSÉ LUIS MAYMÍ GONZÁLEZ
JOSE.MAYMI-GONZALEZ@JACKSONLEWIS.COM

JUAN F. SANTOS CARABALLO
JUAN.SANTOS@JACKSONLEWIS.COM

PAOLA TORRES
INTERNATIONAL AIRPORT, LUIS MUÑOZ MARÍN, PO BOX 37250, SAN JUAN, PUERTORICO, 00937-0250

The undersigned Clerk certifies and notifies you that MOTION REQUESTING ENTRY OF DEFAULT AND TO ISSUE DEFAULT JUDGMENT AGAINSTCO-DEFENDANTS FRONTIER AIRLINES, INC. AND PAOLA TORRES this Court issued an ORDER on November 14, 2022.

The decision is transcribed below:

Default is entered as to **Frontier Airlines, Inc.** and **Paola Torres**

[12]

s/IRIS L. CANCIO GONZÁLEZ

YOU ARE WARNED that as a party or legal representative of a party in the case subject to this ORDER, you may file an appeal, review or certiorari in accordance with the procedure and within the term established by law, rule or regulation.

I CERTIFY that the decision issued by the Court was duly registered and filed today, November 15, 2022, and that a copy of this notice was sent to the aforementioned persons, to their addresses registered in the case in accordance with the applicable regulations. On this same date, a copy of this notification was filed in the record.

In San Juan, Puerto Rico, on November 15, 2022.

| GRISELDA RODRIGUEZ COLLADO | Por: s/ANGELA RIVERA HERNANDEZ |
|---|---|
| Name of the Regional Clerk | Name and signature of the Court's Auxiliary Clerk |

OAT 1812 Unique Notice Form – Judgments, Resolutions, Orders and Minutes
(November 2016) / SUMAC

---

I, Andrés C. Gorbea-Del Valle, authorized by Rule 5(c)(2) of the Local Rules of the United States District Court for the District of Puerto Rico, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

*Andrés C. Gorbea del Valle*