

Government of Puerto Rico
Department of State

Transaction Date: 03-May-2017
Register No: 394788
Order No: 1275234

# Government of Puerto Rico

## Certificate of Authorization to do Business of a Foreign Corporation

### Article I - Corporation Name

**FRONTIER AIRLINES, INC. is a Foreign For Profit Corporation organized under the laws of Colorado duly authorized to do business in Puerto Rico as FRONTIER AIRLINES INC..**
**Desired term for the name is: Inc.**

### Article II - Home State Details

**Its home state is Colorado.**

**Its date of organization, creation or establishment in Colorado is 08-Feb-1994, and the term of existence is Perpetual.**

### Article III - Physical Address of Corporate Domicile

The street address of its corporate domicile is:

| | |
|---|---|
| Street Address | **7001 Tower Road, DENVER, CO, 80249-7312** |

### Article IV - Designated Office and Resident Agent

Its designated office in the Government of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | **c/o FGR Corporate Services, Inc., Oriental Center, Suite P1, 254 Munoz Rivera Avenue,, SAN JUAN, PR, 00918-0000** |
| Mailing Address | **c/o FGR Corporate Services, Inc., Oriental Center, Suite P1, 254 Munoz Rivera Avenue,, SAN JUAN, PR, 00918-0000** |
| Phone | **(720) 374-4446** |

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | **The Prentice-Hall Corporation System, Puerto Rico, Inc.** |
| Street Address | **c/o FGR Corporate Services, Inc., Oriental Center, Suite P1, 254 Munoz Rivera Avenue,, SAN JUAN, PR, 00918-0000** |
| Mailing Address | **c/o FGR Corporate Services, Inc., Oriental Center, Suite P1, 254 Munoz Rivera Avenue,, SAN JUAN, PR, 00918-0000** |
| Phone | **(720) 374-4446** |
| Email | **Prentice-hall.puertorico@cscinfo.com** |

### Article V - Officers

The names and usual business address of its present officers are:

| | |
|---|---|
| Name | **Biffle, Barry** |
| Title | **President and Chief Executive Officer** |
| Street Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Mailing Address | **7001 Tower Road, DENVER, CO, 80249-7312** |

FRONTIER AIRLINES INC.                                                                                          Foreign Corporation

| | |
|---|---|
| Email | **barry.biffle@flyfrontier.com** |
| Expiration Date | **Indefinite** |
| | |
| Name | **Nides, James** |
| Title | **Acting Chief Operating Officer** |
| Street Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Mailing Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Email | **james.nides@flyfrontier.com** |
| Expiration Date | **Indefinite** |
| | |
| Name | **Dempsey, James** |
| Title | **Chief Financial Officer** |
| Street Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Mailing Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Email | **james.dempsey@flyfrontier.com** |
| Expiration Date | **Indefinite** |
| | |
| Name | **Diamond, Howard** |
| Title | **Senior Vice President, General Counsel, Secretary** |
| Street Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Mailing Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Email | **howard.diamond@flyfrontier.com** |
| Expiration Date | **Indefinite** |
| | |
| Name | **Mitchell, Mark Christopher** |
| Title | **Chief Accounting Officer** |
| Street Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Mailing Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Email | **mark.mitchell@flyfrontier.com** |
| Expiration Date | **Indefinite** |
| | |
| Name | **Zeni, Richard** |
| Title | **Chief Information Officer** |
| Street Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Mailing Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Email | **richard.zeni@flyfrontier.com** |
| Expiration Date | **Indefinite** |
| | |
| Name | **Shurz, Daniel** |
| Title | **Senior Vice President, Commercial** |
| Street Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Mailing Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Email | **daniel.shurz@flyfrontier.com** |
| Expiration Date | **Indefinite** |

FRONTIER AIRLINES INC.    Foreign Corporation

| | |
|---|---|
| Name | **Shah, Ashok** |
| Title | **Vice President, Finance** |
| Street Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Mailing Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Email | **ashok.shah@flyfrontier.com** |
| Expiration Date | **Indefinite** |

| | |
|---|---|
| Name | **Weinstein, Tyri Squyres** |
| Title | **Vice President, Marketing** |
| Street Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Mailing Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Email | **tyri.weinstein@flyfrontier.com** |
| Expiration Date | **Indefinite** |

| | |
|---|---|
| Name | **Peter, Jacalyn** |
| Title | **Vice President, Labor** |
| Street Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Mailing Address | **7001 Tower Road, DENVER, CO, 80249-7312** |
| Email | **jacalyn.peter@flyfrontier.com** |
| Expiration Date | **Indefinite** |

## Article VI - Assets and Liabilities

The assets of said entity are $1,341,000,000.00 and its liabilities are $1,341,000,000.00.

## Article VII - Description of Business

The description of the business which it proposes to carry on is the following:

**The corporation is incorporated for the purpose of transacting any and all business for which a corporation may be incorporated under the General Corporation Law of Puerto Rico, as amended.**

## Article VIII - Authorization

This corporation is authorized to carry on the business described in Article VII in its jurisdiction of incorporation.

## Article IX - Authorized Person

The name and street address of the person authorized to register the Certificate of Authorization to do Business in Puerto Rico are:

| | |
|---|---|
| Name | **Rivera, Oscar** |
| Street Address | **221 Ponce de Leon Ave., 5th FL, SAN JUAN, PR, 00917-0000** |
| Phone | **(787) 766-7000** |
| Email | **orivera@ferraiuoli.com** |

## Article X - Terms of Existence

FRONTIER AIRLINES INC.                                                                                          Foreign Corporation

The term of existence of this entity will be: **Perpetual**

The date from which the entity will be effective is: **03-May-2017**

| Supporting Documents | |
|---|---|
| **Document** | **Date Issued** |
| Certificate of Good Standing | 28-Apr-2017 |

| STATEMENT UNDER PENALTY OF PERJURY |
|---|

IN WITNESS WHEREOF, I/We Rivera, Oscar, the undersigned, for the purpose of doing business in Puerto Rico pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 3rd day of May, 2017.