

Government of Puerto Rico
Department of State

Transaction Date: 24-Oct-2017
Register No: 400802
Order No: 1335844

# Government of Puerto Rico

Certificate of Authorization to do Business of a Foreign Corporation

**Article I - Corporation Name**

**PrimeFlight Aviation Services, Inc. is a Foreign For Profit Corporation organized under the laws of Delaware duly authorized to do business in Puerto Rico as PRIMEFLIGHT OF DE, INC..**
**Desired term for the name is:  Inc.**

**Article II - Home State Details**

**Its home state is Delaware.**

**Its date of organization, creation or establishment in Delaware is 11-Sep-2017, and the term of existence is Perpetual.**

**Article III - Physical Address of Corporate Domicile**

The street address of its corporate domicile is:

Street Address        **Three Sugar Creek Center Blvd Suite 450, SUGAR LAND, TX, 77478**

**Article IV - Designated Office and Resident Agent**

Its designated office in the Government of Puerto Rico will be located at:

Street Address        **361 San Francisco Street 4th Floor, SAN JUAN, PR, 00901**
Mailing Address       **Three Sugar Creek Center Blvd Suite 450, SUGAR LAND, TX, 77478**
Phone                 **(787) 725-1004**

The name, street and mailing address of the Resident Agent in charge of said office is:

Name                  **CT Corporation System**
Street Address        **361 San Francisco Street 4th Floor, SAN JUAN, PR, 00901**
Mailing Address       **P.O. Box 9022946, SAN JUAN, PR, 00902-2946**
Phone                 **(787) 725-1004**
Email                 **cls-ctinternational@wolterskluwer.com**

**Article V - Officers**

The names and usual business address of its present officers are:

Name                  **Bucaro, Dan**
Title                 **President**
Street Address        **Three Sugar Creek Center Blvd Suite 450, SUGAR LAND, TX, 77478**
Mailing Address       **Three Sugar Creek Center Blvd Suite 450, SUGAR LAND, TX, 77478**
Email                 **cls-ctinternational@wolterskluwer.com**
Expiration Date       **Indefinite**

PRIMEFLIGHT OF DE, INC.                                                                                           Foreign Corporation

| | |
|---|---|
| Name | **Hiegel, Rob** |
| Title | **Treasurer** |
| Street Address | **Three Sugar Creek Center Blvd Suite 450, SUGAR LAND, TX, 77478** |
| Mailing Address | **Three Sugar Creek Center Blvd Suite 450, SUGAR LAND, TX, 77478** |
| Email | **cls-ctinternational@wolterskluwer.com** |
| Expiration Date | **Indefinite** |

| | |
|---|---|
| Name | **Stonehill, David** |
| Title | **Director** |
| Street Address | **Three Sugar Creek Center Blvd Suite 450, SUGAR LAND, TX, 77478** |
| Mailing Address | **Three Sugar Creek Center Blvd Suite 450, SUGAR LAND, TX, 77478** |
| Email | **cls-ctinternational@wolterskluwer.com** |
| Expiration Date | **Indefinite** |

| | |
|---|---|
| Name | **Ashcraft, Allen** |
| Title | **Secretary** |
| Street Address | **Three Sugar Creek Center Blvd Suite 450, SUGAR LAND, TX, 77478** |
| Mailing Address | **Three Sugar Creek Center Blvd Suite 450, SUGAR LAND, TX, 77478** |
| Email | **edoezema@primeflight.com** |
| Expiration Date | **Indefinite** |

### Article VI - Assets and Liabilities

The assets of said entity are $34,724,434.00 and its liabilities are $33,320,775.00.

### Article VII - Description of Business

The description of the business which it proposes to carry on is the following:

**Ground handling services for airlines and airports**

### Article VIII - Authorization

This corporation is authorized to carry on the business described in Article VII in its jurisdiction of incorporation.

### Article IX - Authorized Person

The name and street address of the person authorized to register the Certificate of Authorization to do Business in Puerto Rico are:

| | |
|---|---|
| Name | **Calaf, Federico** |
| Street Address | **361 San Francisco Street 4th Floor, SAN JUAN, PR, 00901** |
| Phone | **(787) 725-1004** |
| Email | **calaf@rcpsc.com** |

### Article X - Terms of Existence

The term of existence of this entity will be: **Perpetual**

The date from which the entity will be effective is: **24-Oct-2017**

PRIMEFLIGHT OF DE, INC.                                                                                          Foreign Corporation

| **Supporting Documents** | |
|---|---|
| **Document** | **Date Issued** |
| Certificate of Good Standing | 20-Oct-2017 |
| Other | 19-Oct-2017 |

**STATEMENT UNDER PENALTY OF PERJURY**

IN WITNESS WHEREOF, I/We Ashcraft, Allen, the undersigned, for the purpose of doing business in Puerto Rico pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 24th day of October, 2017.