IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. LASTRA CALDERÓN and YANIRA ROSARIO HUERTAS<br><br>Plaintiffs<br><br>v.<br><br>PRIMEFLIGHT AVIATION SERVICES INC.; FRONTIER AIRLINES, INC.; RODRIGO CALAPAQUI; PAOLA TORES; ASEGURADORAS ABC and XYZ<br><br>Defendants | CIVIL NO.<br><br>RE: Unjustified dismissal, age discrimination, retaliation damages |

**SECOND INFORMATIVE MOTION**

**TO THE HONORABLE COURT**:

**COMES NOW** Frontier Airlines, Inc. ("Frontier" or the "Company") and Paola Torres ("Torres") (collectively, the "Defendants"), by and through its undersigned counsel state, allege, and pray as follows:

1. Today, Defendants filed an Informative Motion along with the corresponding Civil Cover Sheet and Category Sheet. Defendants failed to attach the Attachment of the Civil Cover Sheet. Therefore, Defendants are resubmitting the referenced documents as: Exhibit 1 – Civil Cover Sheet, Exhibit 2 – Attachment of Civil Cover Sheet, and Exhibit 3 – Category Sheet.

**WHEREFORE**, Defendant respectfully request that this Honorable Court take notice of the above and issue any order as it may deem fit.

Respectfully submitted.

In San Juan, Puerto Rico, this 23rd day of November 2022.

WE HEREBY CERTIFY that on, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties through the CM/ECF system. Parties may access this filing through the Court's system.

**SCHUSTER LLC**
Attorneys for Defendants
PO Box 363128
San Juan, Puerto Rico 00936-3128
Telephone: (787) 765-4646
Telefax: (787) 765-4611

s/Daniel Limés-Rodriguez
Daniel Limés-Rodríguez
USDC PR No. 307505
dlimes@salawpr.com