## Attachment to Civil Cover Sheet

Attorneys for Defendants

**Primeflight Aviation Services Inc.:**

JACKSON LEWIS LLC
American International Plaza, Suite 404
250 Avenida Muñoz Rivera
San Juan, PR 00918
Tel: 787-522-7305
Fax: 787-522-7306

Juan Felipe Santos
juan.santos@jacksonlewis.com
José L. Maymí-González
jose.maymi-gonzalez@jacksonlewis.com

**Rodrigo Calapaqui:**

JACKSON LEWIS LLC
American International Plaza, Suite 404
250 Avenida Muñoz Rivera
San Juan, PR 00918
Tel: 787-522-7305
Fax: 787-522-7306

Juan Felipe Santos
juan.santos@jacksonlewis.com
José L. Maymí-González
jose.maymi-gonzalez@jacksonlewis.com

**Frontier Airlines Inc.:**

SCHUSTER LLC
PO Box 363128
San Juan, Puerto Rico 00936-3128
Telephone: (787) 765-4646
Telefax: (787) 765-4611

Daniel Limés-Rodríguez
USDC PR No. 307505
dlimes@salawpr.com

**Paola Torres:**

SCHUSTER LLC
PO Box 363128
San Juan, Puerto Rico 00936-3128
Telephone: (787) 765-4646
Telefax: (787) 765-4611

Daniel Limés-Rodríguez
USDC PR No. 307505
dlimes@salawpr.com