IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. LASTRA CALDERÓN and YANIRA ROSARIO HUERTAS<br><br>Plaintiffs<br><br>v.<br><br>PRIMEFLIGHT AVIATION SERVICES, INC.; FRONTIER AIRLINES, INC.; RODRIGO CALAPAQUI; PAOLA TORRES; ASEGURADORAS ABC and XYZ<br><br>Defendants | CIVIL NO. 22-01559 (SCC) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

I am admitted to practice in this Court, and I appear in this case as counsel for plaintiffs Luis A. Lastra Calderón and Yanira Rosario Huertas.

RESPECTFULLY SUBMITTED.

I hereby certify that today I have electronically filed this motion with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 28th day of November, 2022.

*s/ Jessica A. Figueroa Arce*
Jessica A. Figueroa-Arce
Attorney for Plaintiffs
USDC-PR No. 225206
jessica@figueroalc.com
300 Ave. La Sierra #135
San Juan PR 00926
Tel.:   (787) 630-9687