**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| LUIS A. LASTRA CALDERÓN and YANIRA ROSARIO HUERTAS<br><br>Plaintiffs<br><br>v.<br><br>PRIMEFLIGHT AVIATION SERVICES, INC.; FRONTIER AIRLINES, INC.; RODRIGO CALAPAQUI; PAOLA TORRES; ASEGURADORAS ABC and XYZ<br><br>Defendants | CIVIL NO. 22-01559 (SCC) |

**DEMAND FOR JURY TRIAL**

**TO THE HONORABLE COURT:**

COME NOW Plaintiffs through the undersigned attorney, and very respectfully state and pray:

1) Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs hereby demand a jury trial on all the issues so triable in this case.

WHEREFORE, Plaintiffs respectfully request from this Honorable Court to grant their demand for a jury trial.

RESPECTFULLY SUBMITTED.

I hereby certify that today I have electronically filed this motion with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 28th day of November, 2022.

***s/ Jessica A. Figueroa Arce***
Jessica A. Figueroa-Arce
USDC-PR No. 225206
jessica@figueroalc.com
300 Ave. La Sierra #135
San Juan PR 00926
T: (787) 630-9687