IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. LASTRA CALDERÓN and YANIRA ROSARIO HUERTAS<br><br>  Plaintiffs<br><br>v.<br><br>PRIMEFLIGHT AVIATION SERVICES INC.; FRONTIER AIRLINES, INC.; RODRIGO CALAPAQUI; PAOLA TORES; ASEGURADORAS ABC and XYZ<br><br>  Defendants | CIVIL NO. 22-cv-01559<br><br>RE: Unjustified dismissal, age discrimination, retaliation damages |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

**COMES NOW** Frontier Airlines, Inc. ("Frontier" or the "Company") and Paola Torres ("Torres") (collectively, the "Defendants"), through its undersigned counsel, and very respectfully state, allege and pray as follows:

1. The undersigned attorney from the law firm of Schuster LLC has been asked to join the legal representation for the above appearing Co-defendants in the captioned case. Accordingly, it is respectfully requested that this Honorable Court take notice of the above and allow the same.

2. It is therefore respectfully requested that the Honorable Court take notice of the above and (1) include the undersigned as counsel of record in the captioned case, and (2) conduct all future notifications via CM/ECF system to the undersigned counsel.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above and, consequently, include Anabel Rodríguez-Alonso as counsel of record for defendants in the captioned case to be notified accordingly.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of November 2022.

WE HEREBY CERTIFY that on, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties through the CM/ECF system. Parties may access this filing through the Court's system.

**SCHUSTER LLC**
Attorneys for Defendants
PO Box 363128
San Juan, Puerto Rico 00936-3128
Telephone: (787) 765-4646
Telefax: (787) 765-4611

s/Anabel Rodríguez-Alonso
Anabel Rodríguez-Alonso
USDC PR No. 212509
arodriguez@salawpr.com
