# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. LASTRA CALDERÓN and YANIRA ROSARIO HUERTAS<br><br>Plaintiffs<br><br>vs.<br><br>PRIMEFLIGHT AVIATION SERVICES, INC.; FRONTIER AIRLINES, INC.; RODRIGO CALAPAQUI; PAOLA TORRES; ASEGURADORAS ABC and XYZ<br><br>Defendants | CIVIL NO.: 22-01559 (SSC) |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**COMES NOW** PrimeFlight Aviation Services, Inc. ("PrimeFlight") and Rodrigo Calapaqui, through the undersigned counsel, and respectfully requests this Honorable Court to please enter the appearance of attorney José L. Maymí González of the law firm of Jackson Lewis LLC in the case at bar as counsel for the aforementioned defendants.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the attorneys of record. Parties may access this filing through the Court's system.

In San Juan, Puerto Rico this 22th day of December, 2022.

        Respectfully submitted,

        *s/José L. Maymí-González*
        USDC-PR No. 308404
        E-mail: jose.maymi-gonzalez@jacksonlewis.com

        **JACKSON LEWIS LLC**
        *Attorneys for Defendants PrimeFlight Aviation Services, Inc.*
        *Rodrigo Calapaqui*
        American International Plaza, Suite 404
        250 Muñoz Rivera Avenue
        San Juan, Puerto Rico 00918
        Telephone: (787) 522-7305
        Facsimile: (787) 522-7306