IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. LASTRA CALDERÓN and YANIRA ROSARIO HUERTAS<br>*Plaintiffs*<br><br>vs.<br><br>PRIMEFLIGHT AVIATION SERVICES, INC.; FRONTIER AIRLINES, INC.; RODRIGO CALAPAQUI; PAOLA TORRES; ASEGURADORAS ABC and XYZ<br>*Defendants* | CIVIL NO.: 22-01559 (SSC) |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**COME NOW** PrimeFlight Aviation Services, Inc. ("PrimeFlight") and Rodrigo Calapaqui, through the undersigned counsel, and respectfully request this Honorable Court to please enter the appearance of attorney Juan Felipe Santos of the law firm of Jackson Lewis LLC in the case at bar as counsel for the aforementioned defendants.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the attorneys of record. Parties may access this filing through the Court's system.

In San Juan, Puerto Rico this 22nd day of December, 2022.

                Respectfully submitted,

                *s/Juan Felipe Santos*
                USDC-PR No. 221705
                E-mail: juan.santos@jacksonlewis.com
                **JACKSON LEWIS LLC**
                American International Plaza, Suite 404
                250 Muñoz Rivera Avenue
                San Juan, Puerto Rico 00918
                Telephone: (787) 522-7305 / Facsimile: (787) 522-7306