IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. LASTRA CALDERÓN and YANIRA ROSARIO HUERTAS<br><br>  Plaintiffs<br><br>  v.<br><br>PRIMEFLIGHT AVIATION SERVICES INC.; FRONTIER AIRLINES, INC.; RODRIGO CALAPAQUI; PAOLA TORES; ASEGURADORAS ABC and XYZ<br><br>  Defendants | **CIVIL NO.** 22-cv-01559<br><br>**RE**: Unjustified dismissal, age discrimination, retaliation damages |

**MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION OF MOTION TO DISMISS AND TENDERING SAME**

**TO THE HONORABLE COURT**:

  **COMES NOW** Frontier Airlines, Inc. ("Frontier" or the "Company") and Paola Torres ("Torres") (collectively, the "Defendants"), by and through the undersigned counsel, without waiving any defenses, and respectfully state, allege and pray as follows:

  1.   On November 23, 2022, codefendant Torres filed a Motion to Dismiss, see Dkt. No. 3. After requesting and being granted an extension of time, Plaintiffs filed their opposition on December 26, 2022 ("Opposition"). See Dkt. No. 16.

  2.   Defendants wish to address several arguments, both legal and factual, raised by Plaintiffs in their Opposition, and explain why the Complaint should nonetheless be dismissed in its entirety as to Torres. For example, Plaintiffs assertion that they filed a well-pled Complaint ignores the applicable plausibility standard set forth by the Supreme Court, and their insistence on

individual liability under all circumstances for discrimination claims misrepresents recent doctrinal developments.

3.      Accordingly, as required by Local Rule 7(c), defendants request leave to file a Reply and tender same as Attachment.

**WHEREFORE**, Defendants respectfully requests that this Honorable Court grant them leave to file a Reply for the reasons discussed above.

Respectfully submitted.

In San Juan, Puerto Rico, this 30th day of December 2022.

WE HEREBY CERTIFY that on, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties through the CM/ECF system. Parties may access this filing through the Court's system.

**SCHUSTER LLC**
Attorneys for Defendants
PO Box 363128
San Juan, Puerto Rico 00936-3128
Telephone: (787) 765-4646
Telefax: (787) 765-4611

s/Anabel Rodríguez-Alonso
Anabel Rodríguez-Alonso
USDC PR No. 212509
arodriguez@salawpr.com


s/Daniel Limés-Rodriguez
Daniel Limés-Rodríguez
USDC PR No. 307505
dlimes@salawpr.com
