## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. LASTRA CALDERÓN and YANIRA ROSARIO HUERTAS<br><br>Plaintiffs<br><br>vs.<br><br>PRIMEFLIGHT AVIATION SERVICES, INC.; FRONTIER AIRLINES, INC.; RODRIGO CALAPAQUI; PAOLA TORRES; ASEGURADORAS ABC and XYZ<br><br>Defendants | CIVIL NO.: 22-01559 (SCC) |

### JOINT MOTION TO HOLD IN ABEYANCE FORUM PROCEEDINGS BY REASON OF A MEDIATION PROCESS

**TO THE HONORABLE COURT:**

**COME NOW** the captioned Plaintiffs and Defendants, through their respective undersigned counsels, and respectfully state and pray as follows:

1. On February 16, 2023, the captioned parties agreed to undergo a mediation process. On that same day, a mediator was selected as well as the date for the initial conference.

2. By virtue of the foregoing, the parties jointly request this Honorable Court to hold in abeyance the proceedings before this forum until May 15th, 2023. This request is made both in good faith and to provide the parties sufficient time to properly consider an extrajudicial resolution to the case at bar.

**WHEREFORE**, the captioned parties jointly and respectfully request this Honorable Court to hold in abeyance the proceedings before this forum until May 15th, 2023, in view of the parties' ongoing mediation process.

RESPECTFULLY SUBMITTED.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the attorneys of record. Parties may access this filing through the Court's system.

In San Juan, Puerto Rico this 22nd day of February, 2023.

Respectfully submitted,

|  |  |
|---|---|
| *s/ Jessica A. Figueroa Arce*<br>Jessica A. Figueroa- Arce<br>Attorney for Plaintiffs<br>USDC-PR No. 225206<br>jessica@figueroalc.com<br>300 Ave. La Sierra #135<br>San Juan PR, 00926<br>T: (787) 630- 9687 | **JACKSON LEWIS LLC**<br>*Attorneys for Defendants PrimeFlight Aviation Services, Inc. and Rodrigo Calapaqui*<br>American International Plaza, Suite 404<br>250 Muñoz Rivera Avenue<br>San Juan, Puerto Rico 00918<br>Telephone: (787) 522-7305<br>Fax: (787) 522-7306<br><br>*s/Juan Felipe Santos*<br>Juan Felipe Santos<br>USDC-PR No. 221705<br>juan.santos@jacksonlewis.com<br><br>*s/José L. Maymí-González*<br>José L. Maymí-González<br>USDC-PR No. 308404<br>jose.maymi-gonzalez@jacksonlewis.com<br><br>**SCHUSTER LLC**<br>Attorneys for Defendants Frontier Airlines, Inc. and Paola Torres<br>PO Box 363128<br>San Juan, Puerto Rico 00936-3128<br>Telephone: (787) 765- 4646<br>Telefax: (787) 765-4611<br><br>*s/ Anabel Rodríguez Alonso*<br>Anabel Rodríguez-Alonso<br>USDC PR No. 212509<br>arodriguez@salawpr.com |

2

***<u>s/Daniel Limés-Rodríguez</u>***
Daniel Limés-Rodríguez
USDC PR No. 307505
dlimes@salawpr.com
