# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. LASTRA CALDERÓN and YANIRA ROSARIO HUERTAS<br><br>Plaintiffs<br><br>vs.<br><br>PRIMEFLIGHT AVIATION SERVICES, INC.; FRONTIER AIRLINES, INC.; RODRIGO CALAPAQUI; PAOLA TORRES; ASEGURADORAS ABC and XYZ<br><br>Defendants | CIVIL NO.: 22-01559 (GMM) |

## JOINT MOTION TO INFORM OUTCOME OF MEDIATION IN COMPLIANCE WITH THE COURT'S ORDER AT DKT. NO. 22

**TO THE HONORABLE COURT:**

**COME NOW** the captioned Plaintiffs and Defendants, through their respective undersigned counsels, and respectfully inform as follows:

1. On February 22, 2023, the parties filed the *Joint Motion to Hold in Abeyance Forum Proceedings by Reason of a Mediation Process*, Dkt. No. 20.

2. On March 21, 2023, the Honorable Court granted the aforesaid motion and ordered the parties to file a motion to inform the outcome of the mediation efforts by May 16, 2023; Dkt. No. 22.

3. From April 24th until April 25th, the mediation proceedings took place, and the parties reached an agreement to dispose of the captioned case.

4.  In compliance with the Court's Order at Dkt. No. 22, the parties hereby inform that the outcome of the mediation process was successful, that the parties reached an agreement, and that the same is in the final stages of being executed by all parties.

5.  A joint stipulation for voluntary dismissal of the captioned case will follow upon completion of the settlement agreement.

**WHEREFORE**, the captioned parties jointly and respectfully request this Honorable Court to take notice of the above and deem its Order at Dkt. No. 22 observed and fulfilled.

RESPECTFULLY SUBMITTED.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the attorneys of record. Parties may access this filing through the Court's system.

In San Juan, Puerto Rico this 16th day of May, 2023.

Respectfully submitted,

| | |
|---|---|
| *s/ Jessica A. Figueroa Arce* | **JACKSON LEWIS LLC** |
| Jessica A. Figueroa- Arce | *Attorneys for Defendants PrimeFlight Aviation Services, Inc. and Rodrigo Calapaqui* |
| Attorney for Plaintiffs | American International Plaza, Suite 404 |
| USDC-PR No. 225206 | 250 Muñoz Rivera Avenue |
| jessica@figueroalc.com | San Juan, Puerto Rico 00918 |
| 300 Ave. La Sierra #135 | Telephone: (787) 522-7305 |
| San Juan PR, 00926 | Fax: (787) 522-7306 |
| T: (787) 630- 9687 | |
| | *s/Juan Felipe Santos* |
| | Juan Felipe Santos |
| | USDC-PR No. 221705 |
| | juan.santos@jacksonlewis.com |
| | |
| | *s/José L. Maymí-González* |
| | José L. Maymí-González |
| | USDC-PR No. 308404 |
| | jose.maymi-gonzalez@jacksonlewis.com |

**SCHUSTER LLC**
Attorneys for Defendants Frontier Airlines, Inc.
and Paola Torres
PO Box 363128
San Juan, Puerto Rico 00936-3128
Telephone: (787) 765- 4646
Telefax: (787) 765-4611

*s/ **Anabel Rodríguez Alonso***
Anabel Rodríguez-Alonso
USDC PR No. 212509
arodriguez@salawpr.com

*s/**Daniel Limés-Rodríguez***
Daniel Limés-Rodríguez
USDC PR No. 307505
dlimes@salawpr.com

3