# IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS A. LASTRA CALDERÓN and YANIRA ROSARIO HUERTAS<br><br>Plaintiffs<br><br>vs.<br><br>PRIMEFLIGHT AVIATION SERVICES, INC.; FRONTIER AIRLINES, INC.; RODRIGO CALAPAQUI; PAOLA TORRES; ASEGURADORAS ABC and XYZ<br><br>Defendants | CIVIL NO.: 22-01559 (GMM) |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

**COME NOW** the captioned Plaintiffs and Defendants, through their respective undersigned counsels, and respectfully state, allege and pray as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action stipulate to the dismissal with prejudice of all claims (both Federal and state law claims) by Plaintiffs against Defendants with each party to bear its own fees, costs, and expenses. Aside from the parties named in the caption, no other party has appeared before the Court nor been served with summons in the present action.

2. Defendants hereby withdraw and/or waive, with prejudice, any claim or right to request attorney's fees and costs against Plaintiffs in this action.

**WHEREFORE**, the captioned parties jointly and respectfully request from this Honorable Court to GRANT this Joint Stipulation for Voluntary Dismissal with Prejudice.

RESPECTFULLY SUBMITTED.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to the attorneys of record. Parties may access this filing through the Court's system.

In San Juan, Puerto Rico this 1st day of June, 2023.

Respectfully submitted,

<table>
<tr><td>

*s/ Jessica A. Figueroa Arce*
Jessica A. Figueroa- Arce
Attorney for Plaintiffs
USDC-PR No. 225206
jessica@figueroalc.com
300 Ave. La Sierra #135
San Juan PR, 00926
T: (787) 630- 9687

</td><td>

**JACKSON LEWIS LLC**
*Attorneys for Defendants PrimeFlight Aviation Services, Inc. and Rodrigo Calapaqui*
American International Plaza, Suite 404
250 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone: (787) 522-7305
Fax: (787) 522-7306

*s/Juan Felipe Santos*
Juan Felipe Santos
USDC-PR No. 221705
juan.santos@jacksonlewis.com

*s/José L. Maymí-González*
José L. Maymí-González
USDC-PR No. 308404
jose.maymi-gonzalez@jacksonlewis.com


**SCHUSTER LLC**
Attorneys for Defendants Frontier Airlines, Inc. and Paola Torres
PO Box 363128
San Juan, Puerto Rico 00936-3128
Telephone: (787) 765- 4646
Telefax: (787) 765-4611

*s/ Anabel Rodríguez Alonso*
Anabel Rodríguez-Alonso
USDC PR No. 212509
arodriguez@salawpr.com

</td></tr>
</table>