IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Luis A. Lastra Calderón and Yanira Rosario Huertas,<br><br>Plaintiffs,<br><br>v.<br><br>Frontier Airlines Inc. et al.,<br><br>Defendants. | **Civil. No. 22-cv-01559(GMM)** |

**JUDGMENT**

On June 1, 2023, Plaintiffs and Defendants filed a *Joint Stipulation for Voluntary Dismissal with Prejudice* (Docket No. 25). In accordance with the Order entered today (Docket No. 26), Judgment is entered DISMISSING this case WITH PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, June 2, 2023.

s/Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE